KELLY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by James J. Kelly against the Brooklyn Heights Railroad Company. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

In re KING. (Supreme Court, Appellate Division, Third Department. September 30, 1904.) In the matter of the application of H. Prior King, as executor, etc., for a discovery against Eugene L. Ashley. No opinion. Motion denied.

KIPP, Respondent, v. BURHANS, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by William S. Kipp against Webster H. Burhans. No opinion. Judgment affirmed, with costs.

KOCH et al., Respondents, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Elise Koch (sometimes known as Elizabeth Koch), Margaretha Koch, Elisa Neis, and Lena Birney against the city of Mt. Vernon. No opinion. Judgment affirmed, with costs.

KRONOLD, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Adolph S. Kronold against the city of New York. T. Sutre, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with costs.

KUBE, Respondent, v. ATLANTIC TERRA COTTA CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Karl Kube against the Atlantic Terra Cotta Company. No opinion. Judgment and order unanimously affirmed, with costs.

KUBE, Respondent, v. ATLANTIC TERRA COTTA CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Karl Kube against the Atlantic Terra Cotta Company. No opinion. Order denying motion for new trial unanimously affirmed, with costs.

LA FEMINA v. ARSENE et al. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Gennaro La Femina against Arsen Arsene and another. No opinion. Motion denied.

LANE, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Matthew Lane against the New York, New Haven & Hartford Railroad Company and another.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, on the authority of Popham v. Twenty-Third St. R. R. Co., 48 N. Y. Super. Ct. 229, affirmed 89 N. Y. 633.

LEVIN et al. v. McLEAN et al. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Jacob Levin and another against James H. McLean and another. No opinion. Motion denied, on payment of $10 costs of motion and $10 costs of term.

In re LEVY et al. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) In the matter of the judicial settlement of the account of proceedings of Julia Levy and William Hyams, as executors, etc., of Philip Levy, deceased. No opinion. Decree of the Surrogate's Court of Kings county (83 N. Y. Supp. 647), in so far as appealed from, affirmed, with costs.

LEVY, Appellant, v. DISTRICT NO. 1 OF INDEPENDENT ORDER BNAI BRITH, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Anna Levy against district No. 1 of the Independent Order of Bnai Brith. L. Moschowitz, for appellant. W. Bernard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LEVY, Appellant, v. UNITED STATES GRAND LODGE ORDER BRITH ABRAHAM, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Anna Levy against the United States Grand Lodge of Order of Brith Abraham. L. Moschowitz, for appellant. A. D. Lind, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LIEB v. MORGENSTEIN et al. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Henry Lieb against Abraham J. Morgenstein and Mary Morgenstein. No opinion. Judgment of the Municipal Court affirmed, with costs.

LINK et al., Respondents, v. McCABE et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Helmus F. Link and William H. Link, as executors, etc., against William J. McCabe and Emma J. McCabe. No opinion. Judgment unanimously affirmed, with costs.

LUCIA, Respondent, v. ENRIGHT, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by John Lucia against Maurice Enright. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re LYDDON. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) In the matter of the application of George Lyddon for a writ of habeas corpus. No opinion. Order dismissing writ of habeas corpus affirmed.

McCARTHY v. MEANEY et al. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by William F. McCarthy against John F. Meaney and others. No opinion. Motion for reargument denied, with $10 costs.